

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

WMP:ALC/LHE  
F.#2016R00505

*271 Cadman Plaza East*  
*Brooklyn, New York 11201*

December 7, 2016

<u>By ECF</u>

The Honorable Dora L. Irizarry  
Chief United States District Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

     Re: <u>In re. Motion to Close Courtroom</u>  
       <u>Misc. Docket No. 16-3081 (DLI)</u>

Dear Judge Irizarry:

   A proceeding in the above referenced-case is scheduled for December 8, 2016 at 3:30 p.m. before Your Honor.  The government respectfully submits under separate cover a motion and proposed order to close the courtroom for the proceeding and requests, for reasons set forth therein, that the motion and any order entered by the Court be filed under seal.  Counsel for the defendant has been advised and provided with a copy of this letter and the enclosed motion and proposed order.

   The government further writes to confirm that a public hearing on the motion to close the courtroom has been scheduled before Your Honor for December 8, 2016 at 3:30 p.m.

            Respectfully submitted,

            ROBERT L. CAPERS  
            United States Attorney

       By:    /s/  
            Sarah Evans  
            Assistant U.S. Attorney  
            (718) 254-7000